IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKIE A. BIDDLE,

    Petitioner,                    No. 2:12-cv-1119 JFM (HC)

    vs.

WILLIAM KNIPP,

    Respondent.                 ORDER

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Presently pending is petitioner's June 22, 2012 motion to stay these proceedings pending exhaustion of state court remedies as to additional claims. Respondent will be directed to respond to that motion.

        Accordingly, IT IS HEREBY ORDERED that respondent shall submit a response to petitioner's motion to stay within twenty-one (21) days of the date of this order.

DATED: November 1, 2012.

                                          UNITED STATES MAGISTRATE JUDGE

/014;12cv1119.jo

1