1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9    RICKIE A. BIDDLE,

10              Petitioner,                    No. 2:12-cv-1119 JFM (HC)

11        vs.

12   WILLIAM KNIPP,

13              Respondent.              ORDER

14   _____/

15          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee. Presently pending

17   is petitioner's June 22, 2012 motion to stay these proceedings pending exhaustion of state court

18   remedies as to additional claims.  Respondent will be directed to respond to that motion.

19          Accordingly, IT IS HEREBY ORDERED that respondent shall submit a response

20   to petitioner's motion to stay within twenty-one (21) days of the date of this order.

21   DATED: November 1, 2012.

22

23                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
24

25   /014;12cv1119.jo

26

                                                1