1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKY A. BIDDLE,

11           Petitioner,                    No. 2:  12-cv-1119 JAM JFM (HC)

12       vs.

13   WILLIAM KNIPP,

14           Respondent.            <u>ORDER</u>

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On December 12, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23   /////

24   /////

25   /////

26   /////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed December 12, 2012, are adopted in full; and

    2.  Petitioner's motion to stay and abey (Dkt. No. 8) is DENIED.

DATED:    January 10, 2013

                 /s/ John A. Mendez
                 UNITED STATES DISTRICT COURT JUDGE